IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARIA VASQUEZ-LASO                                                          PETITIONER

V.                          CIVIL NO. 5:08-CV-05147-JLH

STATE OF ARKANSAS and
BENTON COUNTY SHERIFF'S DEPARTMENT                           RESPONDENTS

## O R D E R

Before the court is the Petition for Writ of Habeas Corpus (Doc. 1) filed on June 25, 2008.

The Petitioner, MARIA VASQUEZ-LASO, contends that she is illegally detained at the Benton County Detention Center. The Petitioner was arrested for Forgery in the Second Degree on June 24, 2008. A bond of $5000.00 was set. The Petitioner contends that the jail refuses to release her because the I.N.S. had some type of hold on her and that the jail has refused to produce any documentation which supports the continued detention of the Petitioner. The Petitioner ask the court to order the immediate release of the Petitioner.

The Court has checked the records of the Benton County Detention Center and the Petitioner does not appear to be detained in the Benton County Detention Center at this time.

The Petition is therefore DENIED at this time as MOOT.

IT IS SO ORDERED this 4th day of August 2008.

/s/ J. Marschewski
James R. Marschewski
United States Magistrate Judge